E-filing

**FILED**
FEB - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

William Whitcitt, Plaintiff,

vs.

Perry Tool & Research et al, Defendant.

C08-00771 WDB

CASE NO. _____

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, William J Whitcitt, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___   No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA

PAUPERIS, Case No._____           - 1 -

1  wages per month which you received.

2  1-7-08

3  $2700          Perry Tool & Research

4  _____

5  2.  Have you received, within the past twelve (12) months, any money from any of the following

6  sources:

7      a.  Business, Profession or         Yes ___ No X

8         self employment

9      b.  Income from stocks, bonds,       Yes ___ No X

10        or royalties?

11     c.  Rent payments?                    Yes ___ No X

12     d.  Pensions, annuities, or           Yes ___ No X

13        life insurance payments?

14     e.  Federal or State welfare payments, Yes ___ No X

15        Social Security or other govern-

16        ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 _____

20 _____

21 3.  Are you married?                              Yes ___ No X

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____ Net $_____

26 4.  a.  List amount you contribute to your spouse's support:$ _____

27     b.  List the persons other than your spouse who are dependent upon you for support and

28        indicate how much you contribute toward their support. (NOTE: For minor children,

APP. TO PROC. IN FORMA

PAUPERIS, Case No._____          - 2 -

1  list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.).
2  _____
3  _____
4  5.   Do you own or are you buying a home?         Yes ___  No _X_
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.   Do you own an automobile?                    Yes ___  No ___
7  Make ~~___~~ Jeep  Year  1979  Model  CJ 7
8  Is it financed? Yes _____ No _X_  If so, Total due: $ _____
9  Monthly Payment: $ _____
10 7.   Do you have a bank account?  Yes ___  No _X_ (Do not include account numbers.)
11 Name(s) and address(es) of bank: _____
12 _____
13 Present balance(s):  $ _____
14 Do you own any cash?  Yes ___  No ___  Amount: $ _____
15 Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market
16 value.)   Yes ___  No ___
17 _____
18 8.   What are your monthly expenses?
19 Rent: $ 450              Utilities: 100
20 Food: $ 250              Clothing: 100
21 Charge Accounts:
22 Name of Account         Monthly Payment              Total Owed on This Account
23 _____             $ _____                 $ _____
24 _____             $ _____                 $ _____
25 _____             $ _____                 $ _____
26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they
27 are payable.  Do not include account numbers.)
28 Child Support  Alameda County  $80 per month

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____              - 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2-1-08
DATE

*[signature]*
SIGNATURE OF APPLICANT

APP. TO PROC. IN FORMA PAUPERIS, Case No._____      - 4 -