USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 4:08-cv-00771-WDB  Document 8  Filed 02/22/08  Page 1 of 4

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

**FILED FEB 22 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| William J. Whitsitt | CV 08-00771-WDB |
| DEFENDANT | TYPE OF PROCESS |
| Perry Tool & Research, et. al. | ***See below*** |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Dave Burton, C/O Perry Tool & Research
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3415 Enterprise Avenue, Hayward, CA 94545

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

| | |
|---|---|
| Number of process to be served with this Form 285 | 8 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

RECEIVED 2008 FEB -8 PM 2:31 UNITED STATES MARSHAL NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

***Summons, Complaint, Case Management Conference Statement, Order re: Application to Proceed In Forma Pauperis, Notice of Assignment to a Magistrate Judge, ECF Registration Handout, ADR Booklet and ADR forms.***

**ENTERED**

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Cynthia J. Lenahan | | 510-637-3538 | 2/7/08 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 11 | 11 | Hima C | 2/13/08 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
MIKE FUSSELMAN  OFFICE MANAGER

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | |
|---|---|---|
| 2-20-08 | 1315 | ☐ am ☒ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | $24.26 | — | $69.26 | 0 | $0.00 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**INSTRUCTIONS FOR SERVICE OF PROCESS BY U.S. MARSHAL**

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES. Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT | **SUMMONS IN A CIVIL CASE** |
| | CASE NUMBER: CV 08-00771 WDB |
| V. | |
| PERRY TOOL & RESEARCH, ET. AL. | |

TO:

PERRY TOOL & RESEARCH
3415 Enterprise Avenue
Hayward, CA 94545

Dave Bowa
C/O PERRY TOOL & RESEARCH
3415 Enterprise Avenue
Hayward, CA 94545

Dave Burton
C/O PERRY TOOL & RESEARCH
3415 Enterprise Avenue
Hayward, CA 94545

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Cynthia Lenahan
(BY) DEPUTY CLERK

February 7, 2008
DATE

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE  2/20/08 |
| Name of SERVER (PRINT)  ZANCA | TITLE  DUSM |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: Office Manager at Perry Ted in Hayward

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL  $24.26 | SERVICES  $45.00 | TOTAL  $69.26 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/22/08
Date

Signature of Server: Nima C___ — Admin Support Asst.

Address of Server: Federico Rocha, U.S. Marshal

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.