FILED

MAY 08 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT | No. C 08-771 WDB |
| Plaintiff, | NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| PERRY TOOL & RESEARCH, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Case Management Conference set for Tuesday, May 20, 2008, at 4:00 p.m. is being rescheduled and is now set for **Thursday, May 22, 2008, at 4:00 p.m.**, before Magistrate Judge Wayne D. Brazil, 1301 Clay Street, 3rd Floor, Oakland, CA, 94612. Lead trial counsel for each party, unless a party is representing himself, must participate in the case management conference. The Court has received the parties' Joint Case Management Conference Statement.

Dated: May 8, 2008

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By:   Sarah Weinstein
      Law Clerk/Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM J. WHITSITT,

    Plaintiff,

v.

PERRY TOOL & RESEARCH et al,

    Defendants.
_____/

Case Number: C 08-00771 WDB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Chambers of Magistrate Judge Wayne D. Brazil, U.S. District Court, Northern District of California.

That on May 8, 2008, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

Dated: May 8, 2008

                                    Richard W. Wieking, Clerk
                                    By: Sarah Weinstein, Law Clerk/Deputy Clerk

                                    */s/ Sarah Weinstein*