UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date:  May 22, 2008                              Start Time: 4:00 p.m.   End Time: 5:00 p.m.

DOCKET NO.            C 08-771 WDB
TITLE OF CASE         *Whitsitt v. Perry Tool & Research, et al.*

APPEARANCES     For Plaintiff:  Pro Se

For Defendant:  Mary Patricia Sullivan, Esq.; Veronica Ann O. Benigno, Esq.

FTR: 5/22/08, 4:00 p.m.            Hearing:    (X) In Person  (X) Telephone

PROCEEDINGS

[X] INITIAL STATUS CONFERENCE            [] SETTLEMENT CONFERENCE (1ST)
[] FOLLOW-UP STATUS CONFERENCE           [] FOLLOW-UP SETTLEMENT CONF.
[] PRETRIAL CONF. (NOT FINAL)            [] DISCOVERY CONF. (INFORMAL)
[] FINAL PRETRIAL CONFERENCE             [] DISCOVERY HEARING (FORMAL)
[] NONDISPOSITIVE MOTION (ORDER ONLY)    [] EXAM. OF JUDGMENT DEBTOR
[] NONDISPOSITIVE MOTION (OPINION)       [] EVIDENTIARY HEARING
[] OTHER:

ORDER TO BE PREPARED BY:  () Plaintiff    () Defendant    (x) Court

**NOTES**

Court conducted Case Management Conference.  See later-filed separate order.

1