UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>        Plaintiff,<br><br>v.<br><br>PERRY TOOL & RESEARCH et al,<br><br>        Defendant. | Case Number: C 08-00771 WDB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 23, 2008, I SERVED a true and correct copies of (1) Two forms to Consent to Proceed Before a United States Magistrate Judge signed by Plaintiff and Defendants' counsel; (2) Minutes from Initial Case Management Conference held on May 22, 2008; and (3) Order Following Initial Case Management Conference by placing said copies in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copies into an inter-office delivery receptacle located in the Clerk's office.

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376

Dated: May 23, 2008

                                              Richard W. Wieking, Clerk

                                              *Sarah Weinstein*

                                              By: Sarah Weinstein, Law Clerk/Deputy Clerk