ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

June 2, 2008

William J. Whitsitt
335 W. Clover Road
Tracy, CA 95376
209-221-1405

Mary Patricia Sullivan
Bowles & Verna LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, CA 94596
925-935-3300

Veronica O. Benigno
Bowles & Verna LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, CA 94596
925-935-3300

Re:   Whitsitt v. Perry Tool & Research
      <u>Case No. C 08-00771 WDB MED</u>

Dear Mr. Whitsitt and Counsel:

    We have received notification from Wayne D. Brazil that the referenced case was referred to Mediation. The ADR Program would like to convene a conference call with all participants to discuss the nature of the case and how Mediation can assist you. We would like to schedule this for **Thursday, June 12, 2008 at 10:00 a.m.** This office will initiate the call. Please call me at 415-522-2059 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

    Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator