VERONICA ANN O. BENIGNO (# 238053)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: vbenigno@bowlesverna.com

Attorneys for Defendants
Perry Tool & Research, Dave Burton, Tevita David Moa

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>    Plaintiff,<br><br>v.<br><br>PERRY TOOL & RESEARCH, et al.<br><br>    Defendants. | CASE NO.: C 08-00771 LB<br><br>STIPULATION OF DISMISSAL AND ORDER |

Pursuant to the Settlement Agreement, Plaintiff William J. Whitsitt ("Whitsitt") and Defendants Perry Tool & Research, Dave Burton and Tevita David Moa ("Defendants"), through their attorney of record, HEREBY STIPULATE that any and all claims in Whitsitt's Complaint against Defendants are dismissed with prejudice. Whitsitt and Defendants will each bear their own costs and fees.

Dated: January 13, 2010                                BOWLES & VERNA LLP

                                                                                     By: _____
                                                                                   Veronica Ann O. Benigno
                                                                                   Attorneys for Defendants
                                                                                    Perry Tool & Research, Inc., Dave
                                                                                  Burton, and Tevita David Moa

Dated: January ____, 2010

_____
William J. Whitsitt
In Pro Per

**IT IS SO ORDERED:**

DATED: January 28, 2010

/s/
_____
JUDGE LAUREL BEELER